JUNE-8th - 2017

FILED op
JUN - 8 2017
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
NAVEEN SINGHA )
1502 HYDE STREET )
SAN FRANCISCO CA 94109 )

Case No.
17-30524.

TO
THE BANCRUPTCY COURT
SAN FRANCISCO CA.

DEAR JUDGE
IAM A RESIDENT OF SAN FRANCISCO. I HAD AN EMERGENY AT S.F SUPEROR COURT. AS THE. ~~EX~~ EX PARTE WAS DENIED AND MY ATTORNEY ~~R~~ LETT. I WAS NOT PREPARED TO FILE BANCRUPTSY FOR THE LAST. 6 DAYS, I AM LOOKING FOR A ATTORNEY, TO TAKE MY CASE SO FAR I HAVE NOT FOUND ONE, I WILL BE ABLE TO FIND, A ~~ANE~~ ~~ONE SOON~~ ATTORNEY, AND COMPLY WITH COURT RULES. I STILL HAVE SOME. TIME, I WANT INFORM THE COURT. OFF MY DILEMA, I MAY NEED MORE TIME TO FILE + PTO

MY SCHEDULES AND ALL FORMAL DOCUMENTS
I HAVE SO FAR TALK TO OVER EIGHT ATTORNYS
I WILL BE TRANSFERING THE FILINS TO A
CHAPTER 11 - I WILL BE ABLE TO FILE,
IN TIME, I HOPE, THIS REQUEST WILL
NOT PERIODUSE ANYONE. AS I AM
COMPLIANT OF EVERYTHNG ELSE
I JUST WASENT PLANNIG TO FILI FOR
BENCRUPTSY JUST - THAT IS WAS
MY EMERGENCY -

THANK YOU.

DATE JUNE 8th 2017

[signature]

NAVEEN SINGHA